THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. NICK FERRANTI, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 6, 1924; decided October 21, 1924.)

APPEAL from a judgment of the Supreme Court, rendered November 9, 1923, at a Trial Term for the county of Broome upon a verdict convicting the defendant of the crime of murder in the first degree.

*James F. Sullivan* and *George L. O' Neil* for appellant.

*Urbane C. Lyons,* District Attorney (*Ray T. Hackett* and *Frank L. Wooster* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOHN T. LEONARD, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued October 6, 1924; decided October 21, 1924.)

APPEAL from a judgment of the Bronx County Court, rendered April 15, 1924, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Samuel Furstenburg* for appellant.

*John E. McGeehan,* District Attorney (*Albert Cohn* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.